IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED
FEB 22 2022
PATRICK KEANEY
Clerk, U.S. District Court
By_____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>NATHAN PAUL NOLEN,<br><br>*Defendant.* | Case No. CR 22-031-RAW |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

**MANSLAUGHTER IN INDIAN COUNTRY**
**[18 U.S.C. §§ 1112, 1151, & 1152]**

On or about June 26, 2019, in the Eastern District of Oklahoma, in Indian Country, the defendant, **NATHAN PAUL NOLEN**, a non-Indian, did unlawfully kill Charles Coffman, an Indian, in the commission of an unlawful act not amounting to a felony, that is operating a motor vehicle under the influence of any intoxicating substance other than alcohol which may render such a person incapable of safely driving or operating a motor vehicle, contrary to Title 47, Oklahoma Statutes Annotated, Section 11-902, in violation of Title 18, United States Code, Sections 1112, 1151, and 1152.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

_____
Zachary W. Parsons, TX Bar # 24104449
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

1